UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON KITZLER                                          CIVIL ACTION

VERSUS                                                 NO. 22-1263

TIM HOOPER, WARDEN                                     SECTION "B" (5)

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition for habeas corpus relief is dismissed with prejudice.

New Orleans, Louisiana, this 11th day of August, 2023.

_____
SENIOR UNITED STATES DISTRICT JUDGE