U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Aug 22, 2023

CAROL L. MICHEL
CLERK

SMS                    Angola

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AARON KITZLER<br>Petitioner | * | CIVIL ACTION NO: 22-1263 |
| | * | DATE FILED: _____ |
| Versus | * | s/_____<br>Dy. Clerk of Court |
| TIM HOOPER Warden<br>*Respondent* | | |

## NOTICE OF APPEAL

MAY IT PLEASE THE COURT:

Petitioner, Aaron Kitzler, respectfully directs this written Notice of Appeal to the Clerk of Court for the appropriate filling and processing pursuant to the provisions of Title 28 U.S.C. § 2253(a).

Kitzler gives this Honorable Court notice of his intent to appeal to the United States Court of Appeal for the U.S. Eastern District it August 11, 2023 judgment DENYING and DISMISSING his habeas corpus with prejudice.

TENDERED FOR FILING

AUG 22 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*Aaron Kitzler*
Aaron Kitzler
636179 Ash 3
17544 Tunica Trace
Angola, Louisiana 70712

RECEIVED
AUG 22 2023
Legal Programs Department

SCANNED at LSP and Emailed
8-22-23 by LB . 3 pages
date    initials  No.

## AFFIDAVIT / CERTIFICATE OF SERVICE

I, Aaron Kitzler swear and affirm that the foregoing is true and correct to the best of my knowledge and belief. I do hereby certify that a copy of the foregoing has been served upon by placing a copy of same in a properly addressed envelop into the hands of the Classification Officer assigned to my unit along with a Drawslip made out to the General Fund, LS P, Angola, L.A. 70712 for the cost of postage and a properly filled out Inmate's Request for Indigent / Legal Mail form, receiving receipt for the same in accordance with the institution's rules and procedures for legal mail.

District Attorney's Office

Done this 22-d day of August, 2023

*Aaron Kitzler*
Aaron Kitzler
636179, Ash 3
Louisiana State Penitentiary
17544 Tunica Trace
Angola, Louisiana 70712

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was scanned by prison staff, and transmitted electronically to the Court, which will then serve it on all parties vie Cm/Cf.

Respectfully submitted,

Aaron Kitzler

# eFile-ProSe

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Tuesday, August 22, 2023 1:35 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #636179133435.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.