U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Aug 30 2023

CAROL L. MICHEL
CLERK

AJ Angola

SCANNED at LSP and Emailed
8/30/23 by VB , 5 pages
date    initials    No.

RECEIVED
AUG 30 2023
Legal Programs Department

AO 240 (1/94)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON KITZLER
    PETITIONER

versus

TIM HOOPER, WARDEN
    RESPONDENT

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

USDC NO: 2:22-cv-01263
Section: "B"(5)

I, Aaron Kitzler, D.O.C.# 636179, Ash 3 declare that I am the (check appropriate box)
[X] Petitioner/Appellant/plaintiff/movant     ☐ other
in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:
1. Are you currently incarcerated?: [X] Yes     ☐ No     (If "No" go to Part 2)

   If "Yes" state the place of your incarceration <u>Louisiana State Penitentiary, Angola, Louisiana.</u>

   Are you employed at the institution? <u>Yes</u> Do you receive any payment from the institution? <u>yes</u>

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions? <u>Yes</u>

2. Are you currently employed?     [ ] Yes [ X ] No.

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | [X] No |
| b. | Rent payments, interest or dividends | ☐ Yes | [X] No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | [X] No |
| d. | Disability or workers compensation payments | ☐ Yes | [X] No |
| e. | Gifts or inheritances | ☐ Yes | [X] No |
| f. | Any other sources | ☐ Yes | [X] No |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. _____

1

4. Do you have **any** cash or checking or savings accounts? [ X ] Yes   [ ] No

   If "Yes" state the total amount. **Please refer to the institutional Certified Statement of Account listed below, which is the only funds I have.**

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes  [X] No
   If "Yes" describe the property and state its value. _____

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____

I declare under penalty of perjury that the above information is true and correct.

August 18, 2023  
DATE                                                                 SIGNATURE OF APPLICANT

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that this inmate, Aaron Kitzler, D.O.C. # 636179, Ash 3, has a present inmate account balance of $ 148.11 at the Louisiana State Penitentiary, Angola, LA. 70712 Institution. I further certify that the average monthly deposits for the preceding six months is $ 69.91

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to added together and the total is to be divided by six).

I further certify that the average monthly balance for the prior six months is $ 8.29.

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

_____, 2023.          *Daundra Rosso*
Date Certified                Authorized Officer of Institution

**DATE**

**AUG 2 1 2023**

**CERTIFIED**

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Wednesday, August 30, 2023 2:21 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #636179142029.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.