UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON KITZLER, #636179                                CIVIL ACTION

VERSUS                                                NUMBER: 22-1263

TIM HOOPER, WARDEN                                    SECTION: B (5)

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐  the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐  the motion is MOOT; the party was previously granted pauper status.

☐  the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐  the motion is DENIED as MOOT; the filing fee has already been paid.

☐  the motion is DENIED due to the party's failure to provide this court with the requisite financial information.

☒  the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: The appeal does not present a good faith basis for a constitutional violation. See Rec. Docs. 9 and 11 (Relevant reasons here).

New Orleans, Louisiana, this 6th day of September, 2023.

_____
SENIOR UNITED STATES DISTRICT JUDGE