UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**AARON KITZLER**                                      **CIVIL ACTION**

**VERSUS**                                             **NO. 22-1263**

**TIM HOOPER, WARDEN**                                 **SECTION "B" (5)**

ORDER & REASONS DENYING CERTIFICATE OF APPEALABILITY

After this court denied petitioner Aaron Kitzler's application to proceed on appeal in forma pauperis because there was no good faith or arguable basis for a constitutional violation, record document 16, the Fifth Circuit's clerk of court states in an October 16, 2023 letter that "a motion for certificate of appealability is pending in your court". This court's record shows petitioner's notice of appeal, record document 13, and his above-referenced application to proceed on appeal in forma pauperis, record document 14. While the denial of the latter application is based upon the same reasoning for the denial of a certificate of appealability, we will confirm that result with the following:

IT IS ORDERED, ADJUDGED, AND DECREED that a certificate of appealability (COA) will not be issued by this court because there is no substantial showing of a denial of a constitutional right. 28 § 2253(c)(2); see *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) and *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); see also this court's rulings on the subject habeas petition at record documents 9 (Magistrate Judge's Report and Recommendation) and 11 (Order & Reasons by the undersigned).

New Orleans, Louisiana, this 30th day of October, 2023

*[signature]*

SENIOR UNITED STATES DISTRICT JUDGE