# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-30595
_____

A True Copy
Certified order issued Jan 02, 2024

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Aaron Kitzler,

*Petitioner—Appellant,*

versus

Tim Hooper, *Warden, Louisiana State Penitentiary,*

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-1263

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of January 2, 2024, for want of prosecution. The appellant failed to timely comply with Certificate of Appealability requirements and pay the appellate filing fee.

No. 23-30595

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
            Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2