# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 02, 2024

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 23-30595   Kitzler v. Hooper
                        USDC No. 2:22-CV-1263

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   */s/ Shea E. Pertuit*
                               By: _____
                               Shea E. Pertuit, Deputy Clerk
                               504-310-7666

cc w/encl:
    Mr. Matthew B. Caplan
    Mr. Aaron Kitzler